

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-14-00067-CV

**IN THE MATTER OF B.S.P.**,

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012JUV01933
The Honorable Carmen Kelsey, Judge Presiding

## O R D E R

     The reporter's record in this juvenile appeal was due February 18, 2014. On that day, the court reporter, Monica Crawford, filed a notice of late record requesting an extension of time until April 15, 2014 to file the record.

     We **grant the request in part.** We **order** the reporter to file the record by **March 20, 2014.** The court reporter is reminded that, by statute, this juvenile appeal is to take precedence over other matters. TEX. FAM. CODE ANN. § 56.01(h) (West Supp. 2013).

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court